IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01878-RBJ

C.M.,

    Plaintiff,

v.

JAN BURNS, in her personal capacity for damages;
CHRISTOPHER URBINA, in his personal capacity for damages;
NANCY WOLFF, in her personal capacity for damages;
PATRICIA MOSHURE, in her personal capacity for damages;
RACHELLE BOESPFLUG, in her personal capacity for damages;
MELISSA EVERTS, in her personal capacity for damages;
JASON JOHNSON, in his personal capacity for damages; and
JANE DOE, in her personal capacity for damages,

    Defendants.

## ORDER TO SET SCHEDULING CONFERENCE

This matter comes before the Court *sua sponte*. The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 no later than 45 days after the answer, motion to dismiss or other response to the complaint is filed. Each party's lead trial counsel shall attend the conference. The conference shall be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the

proposed scheduling order is tendered.  The proposed scheduling order, which should be prepared as described in Appendix F to the local rules, should be tendered no later than five days before the scheduling conference.  The proposed scheduling order should set forth the parties' agreement or their respective positions on the matters set forth in Appendix F.  A copy of instructions for the preparation of a scheduling order and a form scheduling order can be downloaded from the Court's website (http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx).

DATED this 6th day of August, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge